UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>GEORGE K C ROSS,<br><br>   Defendant. | Case No. 4:20-cv-07726-KAW<br><br>**ORDER REGARDING PENDING MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. No. 34 |

On July 8, 2022, Plaintiffs filed a motion for default judgment. (Pls.' Mot., Dkt. No. 34.) The motion, however, erroneously fails to cite to the exhibits attached to the supporting declarations. The proposed order (Dkt. No. 41) suffers from the same deficiency.

Accordingly, the Court orders Plaintiffs to file an amended motion for default judgment that includes citations to the exhibits and the specific section and page cited within 7 days of this order. Plaintiffs shall also file an amended proposed order.

Finally, Plaintiffs are reminded of their obligation to lodge a chambers copy of all formal motions and supporting declarations, with tabbed exhibits if applicable, within three days of filing. (*See* Judge Westmore's Standing Order ¶ 5.)

IT IS SO ORDERED.

Dated: August 4, 2022

_____
KANDIS A. WESTMORE
United States Magistrate Judge