IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GEORGE K C ROSS,<br><br>    Defendant. | Case No. 20-cv-07726-MMC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION; GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |

Before the Court is Magistrate Judge Kandis A. Westmore's Report and Recommendation, filed October 7, 2022, by which said Magistrate Judge recommends the Court grant in part and deny in part plaintiffs' motion for default judgment. No objections to the Report and Recommendation have been filed.

Having reviewed the matter de novo, the Court hereby ADOPTS the Report and Recommendation in its entirety.

Accordingly, plaintiffs' motion for default judgment is hereby GRANTED in part and DENIED in part, as follows:

1. To the extent plaintiffs seek an award of $12,528.20, based on unpaid contributions for the period comprising November 2021 through May 2022, specifically, $10,325 in unpaid contributions, $2,065 in liquidated damages, and $138.20 in interest, the motion is GRANTED.

2. To the extent plaintiffs seek an award of $298.84, based on a late-paid contribution in March 2021, specifically, $295 in liquidated damages and $3.84 in interest, the motion is GRANTED.

3.  To the extent plaintiffs seek an award of attorney's fees in the amount of $8,820, the motion is GRANTED as to $8,650.50 and otherwise is DENIED.

4.  To the extent plaintiffs seek an award of costs in the amount of $1,543.45, the motion is GRANTED.

In sum, plaintiffs shall have judgment in their favor against defendant in the total amount of $23,020.99.

**IT IS SO ORDERED.**

Dated: November 3, 2022

MAXINE M. CHESNEY
United States District Judge